WILLIS G. SHOCKEY, WILEY W. MILLS and HENRIETTA KREIGHEL, for appellant.

No appearance for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the

### Abstract of the Decision.

WORKMEN'S COMPENSATION ACT, § 12*—*necessity of making claim within prescribed period.* The making of a claim within the six months' period as required by the Workmen's Compensation Act is mandatory and cannot be dispensed with, and no right of action exists without proof of such claim within the time limited by the act.

---

### Leopold Mioduszewski, Appellee, v. Stefan Spoganitz, Appellant.

### Gen. No. 22,779.    (Not to be reported in full.)

Appeal from₁ the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. Heard in this court at the October term, 1916. Appeal dismissed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Leopold Mioduszewski, plaintiff, against Stefan Spoganitz, defendant. From a judgment for plaintiff, defendant appeals.

MAXIMILIAN J. ST. GEORGE and B. F. BARTEL, for appellant.

FERGUSON & GOODNOW, for appellee.

*See Illinois Notes Digest, Vols. XI to XV. and Cumulative Quarterly, same topic and section number.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1105*—*when motion to dismiss appeal is properly allowed.* Motion to dismiss appeal for failure to have appeal bond and bill of exceptions approved within the time limited by the order allowing such appeal, *held* to be properly allowed.

2. MUNICIPAL COURT OF CHICAGO, § 25*—*when bond and bill of exceptions are not filed in proper time.* Where a judgment of the Municipal Court was entered June 27, 1916, and appeal was prayed and allowed upon filing appeal bond to be approved by a judge of the court within thirty days from the date of the judgment, and bill of exceptions within sixty days, and the time for filing the bond was extended July 22, 1916, ten days, and a bond was filed and approved August 5, 1916, and on August 25, 1916, was ordered stricken from the files, which order was vacated August 29, 1916, and order entered to file a new bond *nunc pro tunc* as of August 25, 1916, and a new bond was filed and approved August 30, 1916, and bill of exceptions September 27, 1916, *held* that neither the bond nor the bill of exceptions was filed within the time in which the court had jurisdiction to approve the same.

3. MUNICIPAL COURT OF CHICAGO, § 25*—*when has no jurisdiction to approve appeal bond.* The Municipal Court of Chicago has no jurisdiction to approve an appeal bond after the lapse of thirty days from the entry of the judgment.

4. MUNICIPAL COURT OF CHICAGO, § 25*—*who should approve appeal bond.* Under the Municipal Court Act an appeal bond should be approved by the judge, and an order of approval by the court is not required.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.